IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DEBRA PRICE, ROBERT TUCKER, AUBREY CARLISLE, and all similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> ACOSTA, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 03-2686 Ml/P <br> ) <br> ) <br> ) |

**ORDER GRANTING UNOPPOSED MOTION OF ACOSTA, INC., FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFFS' SUPPLEMENTAL MOTION AND MEMORANDUM TO EXPAND CERTIFICATION OF COLLECTIVE ACTION**

Before the Court is the Unopposed Motion of Acosta, Inc., for Additional Time to Respond to Plaintiffs' Supplemental Motion and Memorandum to Expand Certification of Collective Action, filed April 15, 2005. Good cause having been shown, the Court GRANTS the motion.[1] Defendant shall respond to Plaintiffs' motion by Thursday May 5, 2005.

So ORDERED this 25th day of April, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] In its motion, Defendant states that a status conference is currently scheduled for May 6, 2005. In a prior order amending the scheduling order in this case, however, the Court set a hearing, not a status conference, regarding Plaintiffs' Motion to Expand Class Certification on the above date. (Order Granting Pls.' Mot. to Modify Sched. Order and Continuing Trial Dates, Dec. 16, 2004, (Docket No. 49).)

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 4-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:03-CV-02686 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Jonathan W. Oliff
FOLEY & LARDNER
1 Independent Dr.
Ste. 1300
Jacksonville, FL 32202

Dan M. Norwood
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Kevin E. Hyde
FOLEY & LARDNER
200 Laura Street
Jacksonville, FL 32202--351

Carolyn Howard
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Jeffery Atchley
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Honorable Jon McCalla
US DISTRICT COURT