FILED BY ____ D.C.

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE  8: 46
### WESTERN DIVISION

ROBERT R. DI THOLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| DEBRA PRICE, ROBERT TUCKER, AUBREY CARLISLE, MARVIN L. NUTT and all similarly situated persons, | } | |
| | } | |
| Plaintiffs, | } | |
| | } | CIVIL ACTION NO.   03-2686-MI/P |
| ACOSTA, INC., | } | |
| Defendant. | } | |

## ORDER ON PLAINTIFFS' MOTION
## TO EXPAND CERTIFICATION OF COLLECTIVE ACTION

Before the Court is Plaintiffs' Supplemental Motion and Memorandum to Expand Certification of this Collective Action.  Defendant filed its Response in opposition on May 5, 2005, and a hearing was held by the Court on Friday, May 6, 2005.

After careful consideration of the facts presented, the arguments of counsel, and the entire record, the Court believes that Plaintiffs have presented sufficient evidence for expanding the certification of this collective action which is at the notice stage of litigation under Section 216(b) of the Fair Labor Standards Act.   Accordingly, this collective action is expanded to include all persons who hold, or have held, any of the following job titles with Acosta, Inc. at any time during the time period since September 12, 2000, the date  three (3) years prior to the date this action was filed.  These job titles are: (1) Territory Manager; (2) Senior Territory Manager; (3) Territory Manager/Reset; (4) Senior Territory Manager/Reset; (5) Retail Coverage Merchandiser;

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _5-10-05_

63

(6) Dedicated Team Retail Coverage Merchandiser; (7) Store Reset Specialist; (8) Store Reset Coordinator; (9) Retail Sales Representative; and (10) Category Sales Representative.  Defendant is to provide Plaintiffs' attorneys an updated and complete list of all persons within the scope of this Order as soon as practicable.

The parties are directed to agree on the form, content and process of the Notice to be sent to prospective class members and to send the Notice within ten (10) days of the date this Order is entered.  If the parties are unable to agree on the form, content or process of the Notice, they may submit any dispute to the Court for resolution.

IT IS SO ORDERED, this ___9___ day of May, 2005.


JON P. McCALLA
United States District Judge

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:03-CV-02686 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

Jeffery Atchley
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Kevin E. Hyde
FOLEY & LARDNER
200 Laura Street
Jacksonville, FL 32202--351

Jonathan W. Oliff
FOLEY & LARDNER
1 Independent Dr.
Ste. 1300
Jacksonville, FL 32202

Carolyn Howard
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Dan M. Norwood
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Honorable Jon McCalla
US DISTRICT COURT