IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 05 MAY 26 PM 1:27

| | | |
|---|---|---|
| DEBRA PRICE, ROBERT TUCKER, AUBREY CARLISLE, MARVIN L. NUTT, and all similarly situated persons, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 03-2686 Ml/P |
| ACOSTA, INC., | ) ) ) | |
| Defendant. | ) | |

### ORDER SETTING TELEPHONE CONFERENCE

The Court will hold a telephone conference on <u>Thursday, June 2, 2005, at 10:30 a.m.</u> to discuss Plaintiffs' pending Motion for Leave to Send Notice of Collective Action to Putative Class Members. Plaintiffs' counsel shall initiate the telephone conference by contacting the Court will all of the parties on the line.

So ORDERED this 26th day of May, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-26-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 72 in case 2:03-CV-02686 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Jeffery Atchley
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Carolyn Howard
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Jonathan W. Oliff
FOLEY & LARDNER
1 Independent Dr.
Ste. 1300
Jacksonville, FL 32202

Dan M. Norwood
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Kevin E. Hyde
FOLEY & LARDNER
200 Laura Street
Jacksonville, FL 32202--351

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Honorable Jon McCalla
US DISTRICT COURT